**No. 52974.**—California Wines, Ltd. *v.* United States, protest 143715–K (Los Angeles).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protest was overruled in all other respects.